IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATTICUS RESEARCH CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-1741 |
| | § | |
| VMWARE, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The defendants have filed an unopposed motion for an extension to September 19, 2011, to answer or otherwise respond to the plaintiff's complaint. (Docket Entry No. 10). The motion is granted.

To facilitate ongoing settlement negotiations, the parties have jointly stipulated to the following amendments to the Joint Discovery/Case Management Plan and Scheduling Order:

(1) The deadline for VMWare to serve Atticus with its Rule 3-3 preliminary invalidity contentions and Rule 3-4 production is extended to December 23, 2011. (Docket Entry No. 30).

(2) The deadline for joint submission of the proposed protective order is extended to December 31, 2011. (Docket Entry No. 29).

(3) The deadline for the parties to exchange lists of claim terms for construction pursuant to Patent Local Rule 4-1 is extended to January 6, 2012. (Docket Entry No. 30).

(4) The deadline for the parties to exchange proposed claim constructions pursuant to Patent Local Rule 4-2 is extended to January 20, 2012. (*Id.*)

These deadlines are extended to the dates requested by the parties. The court looks forward to prompt notification of the status of the parties' negotiations.

SIGNED on December 14, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge