IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ATTICUS RESEARCH CORPORATION, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-11-1741 |
| | § |
| VMWARE, INC., *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

The parties filed a joint motion for extension of time, (Docket Entry No. 69). The motion is granted. The parties will have until July 9. 2012 to file the amended joint claim construction chart.

SIGNED on July 3, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge