IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ATTICUS RESEARCH CORPORATION, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-11-1741 |
| | § |
| VMWARE, INC., *et al.*, | § |
| | § |
| Defendants. | § |

**ORDER**

The parties requested a reset of the status conference set for August 2, 2013. The status conference is reset to **August 19, 2013, at 4:00 p.m.**

SIGNED on August 1, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

P:\CASES\2011\11-1741\11-1741.order4.wpd