IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATTICUS RESEARCH CORPORATION | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | Case No. 4:11-cv-1741 |
| VMWARE, INC., SPRINGSOURCE INC., | § | |
| and OSS MANAGEMENT HOLDINGS, INC. | § | |
| f/k/a HYPERIC, INC. | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendant. | § | |

## JOINT MOTION TO DISMISS

Plaintiff Atticus Research Corporation ("Plaintiff") and defendants VMware, Inc., SpringSource Inc. and OSS Management Holdings, Inc. f/k/a Hyperic, Inc. (collectively "Defendants") jointly file this motion pursuant to FED. R. CIV. P. 41 to dismiss without prejudice all claims and counterclaims in this action as follows:

1.    All claims brought by Plaintiff against Defendants shall be dismissed without prejudice.

2.    All counterclaims brought by Defendants against Plaintiff shall be dismissed without prejudice.

3.    Each party shall bear its own costs, expenses and attorneys' fees in connection with this action.

A proposed Order of Dismissal is submitted herewith.

Respectfully submitted,


By:   /s/ C. Dale Quisenberry                            Dated: January 17, 2014
      C. Dale Quisenberry
      State Bar No. 24005040
      dquisenberry@pqelaw.com
      John T. Polasek
      State Bar. No. 16088590
      tpolasek@pqelaw.com
      Jeffrey S. David
      State Bar No. 24053171
      jdavid@pqelaw.com
      POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
      6750 West Loop South, Suite 920
      Bellaire, Texas 77401
      Telephone: (832) 778-6000
      Facsimile: (832) 778-6010

      ATTORNEYS FOR PLAINTIFF


By:   /s/ David J. Healey                                Dated: January 17, 2014
      David J. Healey (healey@fr.com)
      State Bar No. 09327980
      SDTX Bar No. 6350
      Wasif Qureshi (qureshi@fr.com)
      State Bar No. 24048155
      SDTX Bar No. 584650
      FISH & RICHARDSON PC
      1221 McKinney Street, Ste. 2800
      Houston, TX 77010
      Tel: (713) 654-5300
      Fax: (713) 652-0109


      ATTORNEYS FOR DEFENDANTS

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3) are being served this 17th day of January, 2014 via electronic mail with a copy of this document. Any other counsel of record will be served by first class mail on this same date.

/s/    *C. Dale Quisenberry*
C. Dale Quisenberry